**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      The Apostolic Church v. Harris County

Appellate case number:    01-19-00994-CV

Trial court case number:   2018-25624

Trial court:              55th District Court of Harris County

Appellant, The Apostolic Church, has filed a notice of appeal of the trial court's August 7, 2019 final judgment in trial court cause number 2018-25624. The appellate record was due on January 15, 2020. The clerk's record was filed on March 18, 2020. However, no reporter's record has been filed. On January 22, 2020, this Court ordered the official, or substitute, court reporter for the 55th District Court, to file the reporter's record in this appeal within thirty days of the date of the order. On February 26, 2020, this Court issued a second order for the reporter's record to be filed within thirty days of the date of the order, advising the reporter that if "the reporter does not timely file the record as ordered, [this Court] will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record."

No court reporter has responded, in this Court, to the Court's orders, and no such reporter's records have been filed in this proceeding.

Therefore, we **order** the trial court to conduct a hearing to:

1) determine whether any hearings in this case were stenographically or otherwise recorded and whether the court reporter is able to prepare, certify, and file a transcription of any testimony, argument, or other proceedings;

2) determine whether appellant timely requested a reporter's record of any such hearings;

3) determine whether any such hearings or portion of such hearings are necessary to the appeal's resolution;

4) if necessary, determine whether, without appellant's fault, any record has been lost or destroyed or—if the proceedings were electronically recorded—a significant portion of any recording has been lost or destroyed or is inaudible;

5) if a portion has been lost or destroyed without appellant's fault, determine whether the parties can agree on the replacement of any lost or destroyed portions of any record;

6) make any other findings and recommendations the trial court deems appropriate; and

7) issue written findings of fact, conclusions of law, and recommendations as to these issues, separate and apart from any docket sheet notations.

*See* TEX. R. APP. P. 34.6(f).

The trial court clerk is directed to file a supplemental clerk's record containing the trial court's orders, findings, and any recommendations with the Clerk of this Court within 30 days of the date of this order. The court reporter is directed to file a reporter's record of the hearing within 30 days of the date of this order.

It is so ORDERED.

Judge's signature: ___/s/ Evelyn V. Keyes_____
          ☑ Acting individually   □ Acting for the Court

Date: ___April 23, 2020___